

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## NOTICE OF ORDER ON MOTION

Cause number:      01-11-00822-CR

Style:      Thomas Wayne Florence

      **v** The State of Texas

Date motion filed[*]:      February 4, 2013

Type of motion:      Motion to the Panel to Request a Member of the Texas Court of Criminal Appeals Sit on this Panel to Hear this Case in the Interest of Justice and to Hear Issue #2

Party filing motion:      Appellant

Document to be filed:

If motion to extend time:

      Deadline to file document:

      Number of previous extensions granted:

      Length of extension sought:

Ordered that motion is:

☐      Granted
      If document is to be filed, document due:

          ☐   The Clerk is instructed to file the document as of the date of this order
          ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☑      Denied

☐      Dismissed (*e.g.*, want of jurisdiction, moot)

Judge's signature: /s/ Evelyn V. Keyes
          ☑ Acting individually    ☐ Acting for the Court

          Panel consists of _____.

Date: February 8, 2013

November 7, 2008 Revision